UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ARDIS LAVELLE WILSON, | |
|---|---|
| Plaintiff, | NO. 2:17-cv-00237-JLQ |
| vs. | ORDER FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE |
| SPOKANE TEACHERS CREDIT UNION and CHAPMAN FINANCIAL SERVICES OF WA, INC., | |
| Defendants. | |

BEFORE THE COURT is Plaintiff Ardis Lavelle Wilson's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion, ECF No. 13, is **GRANTED** and the Complaint shall be **DISMISSED WITHOUT PREJUDICE.** Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal of the Complaint and the claims therein without prejudice, forward a copy to Plaintiff, and close the file.

**DATED** this 14th day of September 2017.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE -- 1