# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ARDIS LAVELLE WILSON, <br> *Plaintiff* <br> v. <br> SPOKANE TEACHERS CREDIT UNION and <br> CHAPMAN FINANCIAL SERVICES OF WA, INC., <br> *Defendant* | Civil Action No. 2:17-CV-237-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The Complaint and the claims therein are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Justin L. Quackenbush on a motion for Voluntary Dismissal ECF No. 13.

Date: September 14, 2017

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy